RECEIVED

JUN 1 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **FREDDY JIMENEZ** | **CIVIL ACTION NO. 6:17-cv-334** |
| **VS.** | **SECTION P** |
| | **JUDGE REBECCA F. DOHERTY** |
| **JEFF SESSIONS, UNITED STATES ATTORNEY** | **MAGISTRATE JUDGE PATRICK HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that respondent's Motion to Dismiss [Rec. Doc. 8] be **GRANTED** and that this petition be **DENIED** and **DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in ~~Monroe~~ Lafayette, Louisiana, on this _15_ day of _____June_____, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE